IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEREMIAH CAIN, | ) |
| Plaintiff, | ) No. 23-CV-14282 |
| v. | ) Judge Martha M. Pacold |
| REYNALDO GUEVARA, *et al.*, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff **Jeremiah Cain,** by his undersigned (collectively referred to herein as "Plaintiff"), and Defendant Cook County, by its undersigned attorneys (collectively referred to herein as "Defendant Cook County"), herein stipulate and agree as follows:

Defendant Cook County is hereby dismissed with prejudice as to all claims that may have been asserted by Plaintiff, with each side to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

/s/ Ashley Cohen
ASHLEY COHEN
Bonjean Law Group
303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231
Tel: 718.875.1850
Fax: 718.230.0582
Email: ashley@bonjeanlaw.com

Chicago Office:
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604
*Counsel for Plaintiff*

/s/ Kelli Huntsman
KELLI HUNTSMAN
Assistant State's Attorney
Civil Actions Bureau – Advice, Transactions and Complex Litigation Unit
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
Tel: 312-603-7379
Email: kelli.huntsman@cookcountysao.org