# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jeremiah Cain

       Plaintiff,

v.                  Case No.: 1:23−cv−14282
                  Honorable Martha M. Pacold

Reynaldo Guevara, et al.

       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 14, 2025:

  MINUTE entry before the Honorable Gabriel A. Fuentes: The unopposed defense motions for amendment of the HIPAA protective order to include plaintiff Cain (doc. #196 in 23 C 1740 and doc. #[150] in 23 C 14282) are granted, and amended orders in the form as attached to the motions as Exhibit A will be entered upon their submission to the magistrate judge's proposed order mailbox. The motions are within the scope of the respective discovery referrals and were mistakenly noticed before the district judge. Mailed notice. (lxk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.